# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.    5:23-cv-00732-JWH-AJR | Date:  November 28, 2023 |
| | Page 1 of 2 |

Title:     Herbert Cornejo Mendez v. Jim M. Robertson

---

DOCKET ENTRY:    **ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY REPLY**

---

PRESENT:

### HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:     ATTORNEYS PRESENT FOR RESPONDENT:

    None Present                                          None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On April 21, 2023, *pro se* Petitioner Herbert Cornejo Mendez ("Petitioner"), a state prisoner confined at California Department of Correction and Rehabilitation, Pelican Bay State Prison ("CDCR-PBS"), filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition").  (Dkt. 1.)  On October 10, 2023, Warden Robertson ("Respondent") filed an Answer to the Petition requesting that the Petition be denied on the merits.  (Dkt. 20.)  Petitioner's Reply to the Answer was due by November 9, 2023, within 30 days of service of the Answer.  (See Dkt. 17.)

Nineteen days have passed since Petitioner's deadline to file a Reply to Respondent's Answer.  Petitioner is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the relief requested by the Answer, which would be the denial of the Petition on the merits.  **Petitioner is further advised that failure to file a Reply to the Answer may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     5:23-cv-00732-JWH-AJR                Date:  November 28, 2023
                                                                         Page 2 of 2

Title:     Herbert Cornejo Mendez v. Jim M. Robertson

Petitioner is ordered to file a Reply, if any, within 14 days of the date of this Order (**December 12, 2023**).

    IT IS SO ORDERED.