# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT CORNEJO MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>JIM M. ROBERTSON, WARDEN,<br><br>Respondent. | Case No. 5:23-cv-00732-JWH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. The Court also notes that Petitioner failed to file a response to the Answer and therefore consented to the denial of the Petition on the merits under L.R.7-12. Accordingly, it is hereby **ORDERED** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. Judgment will be entered **DENYING** the Petition on the merits and **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: June 27, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE