JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT CORNEJO MENDEZ,<br><br>             Petitioner,<br><br>   v.<br><br>JIM M. ROBERTSON, WARDEN,<br><br>             Respondent. | Case No. 5:23-cv-00732-JWH-AJR<br><br>**JUDGMENT** |

1  Pursuant to the Court's Order Accepting Findings, Conclusions, and
2  Recommendations of United States Magistrate Judge,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is
4  **DISMISSED with prejudice**.
5  **IT IS SO ORDERED.**

7  DATED: June 27, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE